UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI,

      Plaintiff,                              Case No. 24-cv-11674
                                             Hon. Matthew F. Leitman

v.

VALUE DIRECT, INC. d/b/a
Independent Claims, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2024, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126